# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Robert Allen Conte

Debtor(s)

BK NO. 22-01353 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., and index same on the master mailing list.

Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
27 Jul 2022, 16:11:42, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322