# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   ROBERT ALLEN CONTE

                Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                Movant

CHAPTER 13

CASE NO: 1-22-01353-HWV

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on August 9, 2022, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1) A Petition under Chapter 13 was filed on July 22, 2022.

2) The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

   - **Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
   - **Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
   - **CHAPTER 13 PLAN**

3) If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

                Respectfully submitted,

              /s/ Jack N. Zaharopoulos
              Standing Chapter 13 Trustee
              8125 Adams Drive, Suite A
              Hummelstown, PA  17036
              (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   ROBERT ALLEN CONTE         CHAPTER 13

                                    CASE NO: 1-22-01353-HWV

## NOTICE

The debtor(s) filed a Chapter 13 Bankruptcy Petition on July 22, 2022.

The Standing Chapter 13 Trustee, Jack N. Zaharopoulos, has filed a Motion to Dismiss for failure to file the indicated document(s) below:

- **Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
- **Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
- **CHAPTER 13 PLAN**

A hearing with the Court has been scheduled for:

    Date:       September 28, 2022
    Time:       09:30 AM
    Location:   Ronald Reagan Federal Bldg
                Bankruptcy Courtroom, 3rd Floor
                228 Walnut Street
                Harrisburg, PA 17101

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **August 23, 2022**. If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

                            Respectfully submitted,

                            /s/ Jack N. Zaharopoulos
                            Standing Chapter 13 Trustee
                            8125 Adams Drive, Suite A
                            Hummelstown, PA  17036

Dated:  August 9, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT ALLEN CONTE

Debtor(s)

CHAPTER 13

CASE NO: 1-22-01353-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 9, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

| | |
|---|---|
| PAUL MURPHY-AHLES ESQUIRE<br>DETHLEFS, PYKOSH & MURPHY<br>2132 MARKET STREET<br>CAMP HILL, PA  17011- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA  17101 | Served electronically |
| ROBERT ALLEN CONTE<br>3553 ATHENA AVENUE<br>HARRISBURG, PA  17109 | Served by 1ST class mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 9, 2022

Vickie Williams
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-609
email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT ALLEN CONTE

    Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

    Movant

CASE NO: 1-22-01353-HWV

vs.

ROBERT ALLEN CONTE

    Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED. The Court retains jurisdiction to rule on any timely filed fee application.