

Giant Food Store, LLC
PO Box 249
Carlisle, PA 17013
1-800-843-5343

CHECK NO: See myadp.com
CHECK DATE: 06/24/2022
PERIOD START DATE: 06/12/2022
PERIOD END DATE: 06/18/2022

ROBERT A CONTE
3553 ATHENA AVE
HARRISBURG, PA 17110

GLOBAL ID: AA01112202
HOURLY: 11.8000

| | FED | STATE |
|---|---|---|
| TAX FILING STATUS: | S | S |
| EXEMPTIONS: | 0 | 0 |
| TAX ADJ: | 0.00 | 0.00 |

## PTO BALANCES

| VACATION TIME AVAILABLE : 0.00 HOURS | SICK TIME AVAILABLE: N/A | PERSONAL TIME AVAILABLE: 0.00 HOURS |

## IMPORTANT MESSAGE

ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE SPEAK-UP-LINE@1-888-866-9203.

### HOURS AND EARNINGS

| LOC1 | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
| | | | REGULAR PAY | 5.00 | 11.80 | 59.00 | 1,377.50 |
| | | | HOL PREM 1.00 | 0.00 | 1.00 | 0.00 | 5.00 |
| | | | HOL STRAIGHT | 0.00 | 0.00 | 0.00 | 57.25 |
| | | | SUN STRAIGHT | 5.00 | 11.80 | 59.00 | 656.15 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 7.32 | 129.95 |
| FICA-HI | 1.71 | 30.39 |
| PENNSYLVANIA | 3.62 | 64.41 |
| PA UNEMPLOYMENT | 0.07 | 1.26 |
| SUSQUEHANNA TDA | 1.18 | 20.98 |
| **TOTAL TAX** | **13.90** | **246.99** |

### MISC. DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| OPT/LST TAX | 1.00 | 24.00 |

| TOTAL HOURS & EARNINGS | 10.00 | | 118.00 | 2,095.90 |

### PRE-TAX DEDUCTIONS
ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| TOTAL PRE-TAX DEDUCTIONS | | | 0.00 | 0.00 |
| TOTAL MISC. DEDUCTIONS | | | 1.00 | 24.00 |

### FEDERAL TAXABLE INCOME
| | | | 118.00 | 2,095.90 |

### 401K COMPANY MATCH
| | | | 0.00 | 0.00 |

| | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 118.00 | 0.00 | 13.90 | 1.00 | 103.10 | **103.10** |
| Y-T-D | 2,095.90 | 0.00 | 246.99 | 24.00 | 1,824.91 | |



| | Giant Food Store, LLC | CHECK NO: | 80014623 |
|---|---|---|---|
| | PO Box 249 | CHECK DATE: | 06/17/2022 |
| | Carlisle, PA 17013 | PERIOD START DATE: | 06/05/2022 |
| | 1-800-843-5343 | PERIOD END DATE: | 06/11/2022 |

| | | | | FED | STATE |
|---|---|---|---|---|---|
| ROBERT A CONTE | | | | | |
| 3553 ATHENA AVE | GLOBAL ID: AA01112202 | TAX FILING STATUS: | S | S |
| HARRISBURG, PA 17110 | HOURLY: 11.8000 | EXEMPTIONS: | 0 | 0 |
| | | TAX ADJ: | 0.00 | 0.00 |

### PTO BALANCES

| VACATION TIME AVAILABLE : 0.00 HOURS | SICK TIME AVAILABLE: N/A | PERSONAL TIME AVAILABLE: 0.00 HOURS |
|---|---|---|

### IMPORTANT MESSAGE

ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE SPEAK-UP-LINE@1-888-866-9203.

### HOURS AND EARNINGS

| LOC1 | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
| | | | REGULAR PAY | 5.00 | 11.80 | 59.00 | 1,318.50 |
| | | | HOL PREM 1.00 | 0.00 | 1.00 | 0.00 | 5.00 |
| | | | HOL STRAIGHT | 0.00 | 0.00 | 0.00 | 57.25 |
| | | | SUN STRAIGHT | 5.00 | 11.80 | 59.00 | 597.15 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 7.32 | 122.63 |
| FICA-HI | 1.71 | 28.68 |
| PENNSYLVANIA | 3.62 | 60.79 |
| PA UNEMPLOYMENT | 0.07 | 1.19 |
| SUSQUEHANNA TDA | 1.18 | 19.80 |
| TOTAL TAX | 13.90 | 233.09 |

### MISC. DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| OPT/LST TAX | 1.00 | 23.00 |

| TOTAL HOURS & EARNINGS | 10.00 | 118.00 | 1,977.90 |
|---|---|---|---|

### PRE-TAX DEDUCTIONS
ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| TOTAL PRE-TAX DEDUCTIONS | 0.00 | 0.00 |
|---|---|---|

| TOTAL MISC. DEDUCTIONS | 1.00 | 23.00 |
|---|---|---|

### FEDERAL TAXABLE INCOME

| | 118.00 | 1,977.90 |
|---|---|---|

### 401K COMPANY MATCH

| | 0.00 | 0.00 |
|---|---|---|

| | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 118.00 | 0.00 | 13.90 | 1.00 | 103.10 | **103.10** |
| Y-T-D | 1,977.90 | 0.00 | 233.09 | 23.00 | 1,721.81 | |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Robert A Conte                              |Personnel Number..... 00785927              |
|3553 ATHENA AVE                             |Environmental Protection                    |
|HARRISBURG PA   17110-9280                  |Pay Period.. 05/21/2022 - 06/03/2022        |
|                                            |Fed Tax Status: Single or Married Filing Sep|
|                                            |Fed Tax Allowances: 00   Period: 12/2022    |
|B/U:B1     Group:06     Level:01            |                                            |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 06/17/2022 | 1,318.29 | = | 1,776.00 | + | 0.00 | - | 252.46 | - | 205.25 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 23.68 | 59.00 | 1,397.12 | 18,932.16 |
| Accumulated Unused VL Lv | | | | 888.00 |
| Annual Leave Pay | 23.68 | 8.50 | 201.28 | 805.12 |
| Sick Leave Pay | | | | 438.08 |
| Sick Bereavement Leave | | | | 177.60 |
| Sick Family Leave | | | | 71.04 |
| Holiday/Comp lieu Holiday | 23.68 | 7.50 | 177.60 | 888.00 |
| Total Gross | | | 1,776.00 | 22,200.00 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal         Federal | | |
| TX Withholding Tax | 44.01 | 723.52 |
| TX EE Social Security Tax | 106.53 | 1,333.47 |
| TX EE Medicare Tax | 24.92 | 311.86 |
| State           Pennsylvania | | |
| TX Withholding Tax | 52.75 | 660.27 |
| TX EE Unemployment Tax | 1.07 | 13.32 |
| Local           Harrisburg | | |
| TX Local Services Tax | 6.00 | 72.00 |
| Local           Susquehanna Township | | |
| TX Withholding Tax | 17.18 | 215.05 |
| EE Taxes | 252.46 | 3,329.49 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 44.40 | 532.80 |
| MED Buy Up/Base Cost | 13.33 | 159.65 |
| St Emp Comb Appeal (SECA) | 1.00 | 12.00 |
| Class A5 DB Pension | 88.80 | 1,065.60 |
| Class A5 DC Investment | 57.72 | 692.64 |
| Total Deductions | 205.25 | 2,462.69 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,318.29 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 106.53 |
| TX ER Medicare Tax | 24.92 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 120.00 |
| ER Workers Comp Benefit | 14.21 |
| PR Choice PPO | 519.00 |
| ER-SERS | 314.00 |
| ER-401a | 39.96 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,571.75 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z3 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Robert A Conte                              |Personnel Number..... 00785927            |
|3553 ATHENA AVE                             |Environmental Protection                  |
|HARRISBURG PA   17110-9280                  |Pay Period.. 05/21/2022 - 06/03/2022      |
|                                            |Fed Tax Status:                           |
|                                            |Fed Tax Allowances:      Period: 12/2022  |
|B/U:B1     Group:06    Level:01             |                                          |
|_____|_____|
| Pay Date         Payment Amount  =    Gross     +    Reim.    -    Taxes    -   Deds. |
| 06/17/2022         1,318.29      =  1,776.00    +     0.00    -   252.46    -  205.25 |
|                                                                                       |
|_____|
```



|  | Giant Food Store, LLC | CHECK NO: | 80014799 |
|---|---|---|---|
|  | PO Box 249 | CHECK DATE: | 06/10/2022 |
|  | Carlisle, PA 17013 | PERIOD START DATE: | 05/29/2022 |
|  | 1-800-843-5343 | PERIOD END DATE: | 06/04/2022 |

|  |  |  | FED | STATE |
|---|---|---|---|---|
| ROBERT A CONTE | GLOBAL ID: AA01112202 | TAX FILING STATUS: | S | S |
| 3553 ATHENA AVE | HOURLY: 11.8000 | EXEMPTIONS: | 0 | 0 |
| HARRISBURG, PA 17110 |  | TAX ADJ: | 0.00 | 0.00 |

### PTO BALANCES

| VACATION TIME AVAILABLE : 0.00 HOURS | SICK TIME AVAILABLE: N/A | PERSONAL TIME AVAILABLE: 0.00 HOURS |
|---|---|---|

### IMPORTANT MESSAGE

ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE SPEAK-UP-LINE@1-888-866-9203.

### HOURS AND EARNINGS

| LOC1 | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
|  |  |  | REGULAR PAY | 5.00 | 11.45 | 57.25 | 1,259.50 |
|  |  |  | HOL PREM 1.00 | 0.00 | 1.00 | 0.00 | 5.00 |
|  |  |  | HOL STRAIGHT | 0.00 | 0.00 | 0.00 | 57.25 |
|  |  |  | SUN STRAIGHT | 0.00 | 0.00 | 0.00 | 538.15 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 3.55 | 115.31 |
| FICA-HI | 0.83 | 26.97 |
| PENNSYLVANIA | 1.76 | 57.17 |
| PA UNEMPLOYMENT | 0.04 | 1.12 |
| SUSQUEHANNA TDA | 0.57 | 18.62 |
| **TOTAL TAX** | **6.75** | **219.19** |

### MISC. DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| OPT/LST TAX | 1.00 | 22.00 |

| TOTAL HOURS & EARNINGS | 5.00 | 57.25 | 1,859.90 |
|---|---|---|---|

### PRE-TAX DEDUCTIONS
ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| TOTAL PRE-TAX DEDUCTIONS | 0.00 | 0.00 |
|---|---|---|

| TOTAL MISC. DEDUCTIONS | 1.00 | 22.00 |
|---|---|---|

### FEDERAL TAXABLE INCOME

| | 57.25 | 1,859.90 |
|---|---|---|

### 401K COMPANY MATCH

| | 0.00 | 0.00 |
|---|---|---|

|  | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 57.25 | 0.00 | 6.75 | 1.00 | 49.50 | **49.50** |
| Y-T-D | 1,859.90 | 0.00 | 219.19 | 22.00 | 1,618.71 |  |



| | | |
|---|---|---|
| Giant Food Store, LLC | CHECK NO: | 80014471 |
| PO Box 249 | CHECK DATE: | 06/03/2022 |
| Carlisle, PA 17013 | PERIOD START DATE: | 05/22/2022 |
| 1-800-843-5343 | PERIOD END DATE: | 05/28/2022 |

| | FED | STATE |
|---|---|---|
| ROBERT A CONTE | | |
| 3553 ATHENA AVE | GLOBAL ID: AA01112202 | TAX FILING STATUS: S S |
| HARRISBURG, PA 17110 | HOURLY: 11.4500 | EXEMPTIONS: 0 0 |
| | | TAX ADJ: 0.00 0.00 |

### PTO BALANCES
VACATION TIME AVAILABLE : 0.00 HOURS   SICK TIME AVAILABLE: N/A   PERSONAL TIME AVAILABLE: 0.00 HOURS

### IMPORTANT MESSAGE
ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE SPEAK-UP-LINE@1-888-866-9203.

### HOURS AND EARNINGS

| LOC1 | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
| | | | REGULAR PAY | 5.00 | 11.45 | 57.25 | 1,202.25 |
| | | | HOL PREM 1.00 | 0.00 | 1.00 | 0.00 | 5.00 |
| | | | HOL STRAIGHT | 0.00 | 0.00 | 0.00 | 57.25 |
| | | | SUN STRAIGHT | 0.00 | 0.00 | 0.00 | 538.15 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 3.55 | 111.76 |
| FICA-HI | 0.83 | 26.14 |
| PENNSYLVANIA | 1.76 | 55.41 |
| PA UNEMPLOYMENT | 0.03 | 1.08 |
| SUSQUEHANNA TDA | 0.57 | 18.05 |
| **TOTAL TAX** | **6.74** | **212.44** |

### MISC. DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| OPT/LST TAX | 1.00 | 21.00 |

TOTAL HOURS & EARNINGS   5.00   57.25   1,802.65

TOTAL MISC. DEDUCTIONS   1.00   21.00

### PRE-TAX DEDUCTIONS
ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

TOTAL PRE-TAX DEDUCTIONS   0.00   0.00

### FEDERAL TAXABLE INCOME
57.25   1,802.65

### 401K COMPANY MATCH
0.00   0.00

| | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 57.25 | 0.00 | 6.74 | 1.00 | 49.51 | **49.51** |
| Y-T-D | 1,802.65 | 0.00 | 212.44 | 21.00 | 1,569.21 | |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Robert A Conte                          |Personnel Number..... 00785927
|3553 ATHENA AVE                         |Environmental Protection
|HARRISBURG PA   17110-9280              |Pay Period.. 05/07/2022 - 05/20/2022
|                                        |Fed Tax Status: Single or Married Filing Sep
|                                        |Fed Tax Allowances: 00   Period: 11/2022
|B/U:B1     Group:06     Level:01        |
```

| Pay Date   | Payment Amount | = | Gross    | + | Reim. | - | Taxes  | - | Deds.  |
|------------|----------------|---|----------|---|-------|---|--------|---|--------|
| 06/03/2022 | 1,318.30       | = | 1,776.00 | + | 0.00  | - | 252.45 | - | 205.25 |

| Gross Current Pay        | Rate  | Hrs/Unt | Amount   | Year To Date |
|--------------------------|-------|---------|----------|--------------|
| Normal working hours     | 23.68 | 72.50   | 1,716.80 | 17,535.04    |
| Accumulated Unused VL Lv |       |         |          | 888.00       |
| Annual Leave Pay         | 23.68 | 2.50    | 59.20    | 603.84       |
| Sick Leave Pay           |       |         |          | 438.08       |
| Sick Bereavement Leave   |       |         |          | 177.60       |
| Sick Family Leave        |       |         |          | 71.04        |
| Holiday/Comp lieu Holiday|       |         |          | 710.40       |
| Total Gross              |       |         | 1,776.00 | 20,424.00    |

| Taxes                   |           | Amount | Year To Date |
|-------------------------|-----------|--------|--------------|
| Federal                 | Federal   |        |              |
| TX Withholding Tax      |           | 44.01  | 679.51       |
| TX EE Social Security Tax |         | 106.54 | 1,226.94     |
| TX EE Medicare Tax      |           | 24.91  | 286.94       |
| State                   | Pennsylvania |     |              |
| TX Withholding Tax      |           | 52.75  | 607.52       |
| TX EE Unemployment Tax  |           | 1.06   | 12.25        |
| Local                   | Harrisburg |       |              |
| TX Local Services Tax   |           | 6.00   | 66.00        |
| Local                   | Susquehanna Township | | |
| TX Withholding Tax      |           | 17.18  | 197.87       |
| EE Taxes                |           | 252.45 | 3,077.03     |

| Deductions              | Amount | Year To Date |
|-------------------------|--------|--------------|
| EE PreTx MED Pct        | 44.40  | 488.40       |
| MED Buy Up/Base Cost    | 13.33  | 146.32       |
| St Emp Comb Appeal (SECA) | 1.00 | 11.00        |
| Class A5 DB Pension     | 88.80  | 976.80       |
| Class A5 DC Investment  | 57.72  | 634.92       |
| Total Deductions        | 205.25 | 2,257.44     |

| Non Cash Compensation   | Amount | Year To Date |
|-------------------------|--------|--------------|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,318.30 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 106.54 |
| TX ER Medicare Tax | 24.91 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 120.00 |
| ER Workers Comp Benefit | 14.21 |
| PR Choice PPO | 519.00 |
| ER-SERS | 314.00 |
| ER-401a | 39.96 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,571.75 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z3 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Robert A Conte                      |Personnel Number..... 00785927         |
|3553 ATHENA AVE                     |Environmental Protection                |
|HARRISBURG PA   17110-9280          |Pay Period.. 05/07/2022 - 05/20/2022    |
|                                    |Fed Tax Status:                         |
|                                    |Fed Tax Allowances:     Period: 11/2022 |
|B/U:B1     Group:06    Level:01     |                                        |
|_____|_____|
| Pay Date      Payment Amount  =     Gross    +    Reim.   -    Taxes    -    Deds. |
| 06/03/2022         1,318.30   =   1,776.00   +    0.00    -   252.45    -   205.25 |
```



**Giant Food Store, LLC**
PO Box 249
Carlisle, PA 17013
1-800-843-5343

CHECK NO: 80014397
CHECK DATE: 05/27/2022
PERIOD START DATE: 05/15/2022
PERIOD END DATE: 05/21/2022

ROBERT A CONTE
3553 ATHENA AVE
HARRISBURG, PA 17110

GLOBAL ID: AA01112202
HOURLY: 11.4500

|  | FED | STATE |
|---|---|---|
| TAX FILING STATUS: | S | S |
| EXEMPTIONS: | 0 | 0 |
| TAX ADJ: | 0.00 | 0.00 |

### PTO BALANCES
VACATION TIME AVAILABLE: 0.00 HOURS | SICK TIME AVAILABLE: N/A | PERSONAL TIME AVAILABLE: 0.00 HOURS

### IMPORTANT MESSAGE
ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE SPEAK-UP-LINE@1-888-866-9203.

### HOURS AND EARNINGS

| LOC1 | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
|  |  |  | REGULAR PAY | 5.00 | 11.45 | 57.25 | 1,145.00 |
|  |  |  | HOL PREM 1.00 | 0.00 | 1.00 | 0.00 | 5.00 |
|  |  |  | HOL STRAIGHT | 0.00 | 0.00 | 0.00 | 57.25 |
|  |  |  | SUN STRAIGHT | 0.00 | 0.00 | 0.00 | 538.15 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 3.54 | 108.21 |
| FICA-HI | 0.83 | 25.31 |
| PENNSYLVANIA | 1.76 | 53.65 |
| PA UNEMPLOYMENT | 0.04 | 1.05 |
| SUSQUEHANNA TDA | 0.57 | 17.48 |
| **TOTAL TAX** | **6.74** | **205.70** |

### MISC. DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| OPT/LST TAX | 1.00 | 20.00 |
| **TOTAL MISC. DEDUCTIONS** | **1.00** | **20.00** |

TOTAL HOURS & EARNINGS: 5.00  57.25  1,745.40

### PRE-TAX DEDUCTIONS
ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

TOTAL PRE-TAX DEDUCTIONS: 0.00  0.00

### FEDERAL TAXABLE INCOME
57.25  1,745.40

### 401K COMPANY MATCH
0.00  0.00

|  | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 57.25 | 0.00 | 6.74 | 1.00 | 49.51 | **49.51** |
| Y-T-D | 1,745.40 | 0.00 | 205.70 | 20.00 | 1,519.70 | |



| | Giant Food Store, LLC | CHECK NO: | 80014481 |
|---|---|---|---|
| | PO Box 249 | CHECK DATE: | 05/20/2022 |
| | Carlisle, PA 17013 | PERIOD START DATE: | 05/08/2022 |
| | 1-800-843-5343 | PERIOD END DATE: | 05/14/2022 |

ROBERT A CONTE
3553 ATHENA AVE
HARRISBURG, PA 17110

GLOBAL ID: AA01112202
HOURLY: 11.4500

| | FED | STATE |
|---|---|---|
| TAX FILING STATUS: | S | S |
| EXEMPTIONS: | 0 | 0 |
| TAX ADJ: | 0.00 | 0.00 |

### PTO BALANCES
| VACATION TIME AVAILABLE : 0.00 HOURS | SICK TIME AVAILABLE: N/A | PERSONAL TIME AVAILABLE: 0.00 HOURS |
|---|---|---|

### IMPORTANT MESSAGE
ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE SPEAK-UP-LINE@1-888-866-9203.

### HOURS AND EARNINGS

| LOC1 | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
| | | | REGULAR PAY | 5.00 | 11.45 | 57.25 | 1,087.75 |
| | | | HOL PREM 1.00 | 0.00 | 1.00 | 0.00 | 5.00 |
| | | | HOL STRAIGHT | 0.00 | 0.00 | 0.00 | 57.25 |
| | | | SUN STRAIGHT | 5.00 | 11.45 | 57.25 | 538.15 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 7.10 | 104.67 |
| FICA-HI | 1.66 | 24.48 |
| PENNSYLVANIA | 3.52 | 51.89 |
| PA UNEMPLOYMENT | 0.07 | 1.01 |
| SUSQUEHANNA TDA | 1.15 | 16.91 |
| **TOTAL TAX** | **13.50** | **198.96** |

### MISC. DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| OPT/LST TAX | 1.00 | 19.00 |

| TOTAL HOURS & EARNINGS | 10.00 | 114.50 | 1,688.15 |
|---|---|---|---|

### PRE-TAX DEDUCTIONS
ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| TOTAL PRE-TAX DEDUCTIONS | 0.00 | 0.00 |
|---|---|---|

| TOTAL MISC. DEDUCTIONS | 1.00 | 19.00 |
|---|---|---|

### FEDERAL TAXABLE INCOME
| | 114.50 | 1,688.15 |
|---|---|---|

### 401K COMPANY MATCH
| | 0.00 | 0.00 |
|---|---|---|

| | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 114.50 | 0.00 | 13.50 | 1.00 | 100.00 | **100.00** |
| Y-T-D | 1,688.15 | 0.00 | 198.96 | 19.00 | 1,470.19 | |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Robert A Conte                         |Personnel Number..... 00785927              |
|3553 ATHENA AVE                        |Environmental Protection                    |
|HARRISBURG PA   17110-9280             |Pay Period.. 04/23/2022 - 05/06/2022        |
|                                       |Fed Tax Status: Single or Married Filing Sep|
|                                       |Fed Tax Allowances: 00   Period: 10/2022    |
|B/U:B1      Group:06     Level:01      |                                            |
|_____|_____|
| Pay Date        Payment Amount =     Gross    +    Reim.   -    Taxes    -   Deds. |
| 05/20/2022         1,318.29     =  1,776.00   +    0.00    -   252.46    -  205.25 |
|_____|
```

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 23.68 | 71.00 | 1,681.28 | 15,818.24 |
| Accumulated Unused VL Lv | | | | 888.00 |
| Annual Leave Pay | 23.68 | 1.00 | 23.68 | 544.64 |
| Sick Leave Pay | | | | 438.08 |
| Sick Bereavement Leave | | | | 177.60 |
| Sick Family Leave | 23.68 | 3.00 | 71.04 | 71.04 |
| Holiday/Comp lieu Holiday | | | | 710.40 |
| Total Gross | | | 1,776.00 | 18,648.00 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal       Federal | | |
| TX Withholding Tax | 44.01 | 635.50 |
| TX EE Social Security Tax | 106.53 | 1,120.40 |
| TX EE Medicare Tax | 24.92 | 262.03 |
| State         Pennsylvania | | |
| TX Withholding Tax | 52.75 | 554.77 |
| TX EE Unemployment Tax | 1.07 | 11.19 |
| Local         Harrisburg | | |
| TX Local Services Tax | 6.00 | 60.00 |
| Local         Susquehanna Township | | |
| TX Withholding Tax | 17.18 | 180.69 |
| EE Taxes | 252.46 | 2,824.58 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 44.40 | 444.00 |
| MED Buy Up/Base Cost | 13.33 | 132.99 |
| St Emp Comb Appeal (SECA) | 1.00 | 10.00 |
| Class A5 DB Pension | 88.80 | 888.00 |
| Class A5 DC Investment | 57.72 | 577.20 |
| Total Deductions | 205.25 | 2,052.19 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,318.29 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 106.53 |
| TX ER Medicare Tax | 24.92 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 120.00 |
| ER Workers Comp Benefit | 14.21 |
| PR Choice PPO | 519.00 |
| ER-SERS | 314.00 |
| ER-401a | 39.96 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,571.75 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z3 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Robert A Conte                         |Personnel Number..... 00785927              |
|3553 ATHENA AVE                        |Environmental Protection                    |
|HARRISBURG PA   17110-9280             |Pay Period.. 04/23/2022 - 05/06/2022        |
|                                       |Fed Tax Status:                             |
|                                       |Fed Tax Allowances:       Period: 10/2022   |
|B/U:B1     Group:06    Level:01        |                                            |
|_____|_____|
| Pay Date        Payment Amount =     Gross    +    Reim.    -    Taxes    -    Deds.   |
| 05/20/2022        1,318.29      =  1,776.00   +     0.00    -   252.46    -   205.25   |
|                                                                                        |
|_____|
```



| | | | Giant Food Store, LLC | | | CHECK NO: | 80014500 |
| | | | PO Box 249 | | | CHECK DATE: | 05/13/2022 |
| | | | Carlisle, PA 17013 | | | PERIOD START DATE: | 05/01/2022 |
| | | | 1-800-843-5343 | | | PERIOD END DATE: | 05/07/2022 |

| | | | | FED | STATE |
|---|---|---|---|---|---|
| ROBERT A CONTE | | | | | |
| 3553 ATHENA AVE | GLOBAL ID: AA01112202 | | TAX FILING STATUS: | S | S |
| HARRISBURG, PA 17110 | HOURLY: 11.4500 | | EXEMPTIONS: | 0 | 0 |
| | | | TAX ADJ: | 0.00 | 0.00 |

### PTO BALANCES

| VACATION TIME AVAILABLE : 0.00 HOURS | SICK TIME AVAILABLE: N/A | PERSONAL TIME AVAILABLE: 0.00 HOURS |
|---|---|---|

### IMPORTANT MESSAGE

ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE SPEAK-UP-LINE@1-888-866-9203.

### HOURS AND EARNINGS

| LOC1 | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
| | | | REGULAR PAY | 5.00 | 11.45 | 57.25 | 1,030.50 |
| | | | HOL PREM 1.00 | 0.00 | 1.00 | 0.00 | 5.00 |
| | | | HOL STRAIGHT | 0.00 | 0.00 | 0.00 | 57.25 |
| | | | SUN STRAIGHT | 5.00 | 11.45 | 57.25 | 480.90 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 7.10 | 97.57 |
| FICA-HI | 1.66 | 22.82 |
| PENNSYLVANIA | 3.52 | 48.37 |
| PA UNEMPLOYMENT | 0.06 | 0.94 |
| SUSQUEHANNA TDA | 1.15 | 15.76 |
| **TOTAL TAX** | **13.49** | **185.46** |

### MISC. DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| OPT/LST TAX | 1.00 | 18.00 |

| TOTAL HOURS & EARNINGS | 10.00 | 114.50 | 1,573.65 |
|---|---|---|---|

### PRE-TAX DEDUCTIONS
ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| TOTAL PRE-TAX DEDUCTIONS | 0.00 | 0.00 |
|---|---|---|

| TOTAL MISC. DEDUCTIONS | 1.00 | 18.00 |
|---|---|---|

### FEDERAL TAXABLE INCOME

| | 114.50 | 1,573.65 |
|---|---|---|

### 401K COMPANY MATCH

| | 0.00 | 0.00 |
|---|---|---|

| | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 114.50 | 0.00 | 13.49 | 1.00 | 100.01 | **100.01** |
| Y-T-D | 1,573.65 | 0.00 | 185.46 | 18.00 | 1,370.19 | |



**Giant Food Store, LLC**
PO Box 249
Carlisle, PA 17013
1-800-843-5343

| | |
|---|---|
| CHECK NO: | 80014517 |
| CHECK DATE: | 05/06/2022 |
| PERIOD START DATE: | 04/24/2022 |
| PERIOD END DATE: | 04/30/2022 |

ROBERT A CONTE
3553 ATHENA AVE
HARRISBURG, PA 17110

GLOBAL ID: AA01112202
HOURLY: 11.4500

| | FED | STATE |
|---|---|---|
| TAX FILING STATUS: | S | S |
| EXEMPTIONS: | 0 | 0 |
| TAX ADJ: | 0.00 | 0.00 |

## PTO BALANCES

VACATION TIME AVAILABLE : 0.00 HOURS    SICK TIME AVAILABLE: N/A    PERSONAL TIME AVAILABLE: 0.00 HOURS

### IMPORTANT MESSAGE

ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE SPEAK-UP-LINE@1-888-866-9203.

### HOURS AND EARNINGS

| LOC1 | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
| | | | REGULAR PAY | 5.00 | 11.45 | 57.25 | 973.25 |
| | | | HOL PREM 1.00 | 0.00 | 1.00 | 0.00 | 5.00 |
| | | | HOL STRAIGHT | 0.00 | 0.00 | 0.00 | 57.25 |
| | | | SUN STRAIGHT | 0.00 | 0.00 | 0.00 | 423.65 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 3.55 | 90.47 |
| FICA-HI | 0.83 | 21.16 |
| PENNSYLVANIA | 1.76 | 44.85 |
| PA UNEMPLOYMENT | 0.04 | 0.88 |
| SUSQUEHANNA TDA | 0.57 | 14.61 |
| **TOTAL TAX** | **6.75** | **171.97** |

### MISC. DEDUCTIONS

| | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| OPT/LST TAX | 1.00 | 17.00 |

**TOTAL HOURS & EARNINGS**    5.00    57.25    1,459.15

### PRE-TAX DEDUCTIONS
ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

TOTAL PRE-TAX DEDUCTIONS    0.00    0.00

TOTAL MISC. DEDUCTIONS    1.00    17.00

### FEDERAL TAXABLE INCOME
57.25    1,459.15

### 401K COMPANY MATCH
0.00    0.00

| | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 57.25 | 0.00 | 6.75 | 1.00 | 49.50 | **49.50** |
| Y-T-D | 1,459.15 | 0.00 | 171.97 | 17.00 | 1,270.18 | |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Robert A Conte                    |Personnel Number..... 00785927
|3553 ATHENA AVE                   |Environmental Protection
|HARRISBURG PA   17110-9280        |Pay Period.. 04/09/2022 - 04/22/2022
|                                  |Fed Tax Status: Single or Married Filing Sep
|                                  |Fed Tax Allowances: 00   Period: 09/2022
|B/U:B1     Group:06    Level:01   |
```

| Pay Date   | Payment Amount | = | Gross    | + | Reim. | - | Taxes  | - | Deds.  |
|------------|----------------|---|----------|---|-------|---|--------|---|--------|
| 05/06/2022 | 1,318.31       | = | 1,776.00 | + | 0.00  | - | 252.44 | - | 205.25 |

| Gross Current Pay       | Rate  | Hrs/Unt | Amount   | Year To Date |
|-------------------------|-------|---------|----------|--------------|
| Normal working hours    | 23.68 | 73.00   | 1,728.64 | 14,136.96    |
| Accumulated Unused VL Lv|       |         |          | 888.00       |
| Annual Leave Pay        | 23.68 | 2.00    | 47.36    | 520.96       |
| Sick Leave Pay          |       |         |          | 438.08       |
| Sick Bereavement Leave  |       |         |          | 177.60       |
| Holiday/Comp lieu Holiday |     |         |          | 710.40       |
| Total Gross             |       |         | 1,776.00 | 16,872.00    |

| Taxes                        | Amount | Year To Date |
|------------------------------|--------|--------------|
| Federal       Federal        |        |              |
| TX Withholding Tax           | 44.01  | 591.49       |
| TX EE Social Security Tax    | 106.53 | 1,013.87     |
| TX EE Medicare Tax           | 24.91  | 237.11       |
| State         Pennsylvania   |        |              |
| TX Withholding Tax           | 52.75  | 502.02       |
| TX EE Unemployment Tax       | 1.06   | 10.12        |
| Local         Harrisburg     |        |              |
| TX Local Services Tax        | 6.00   | 54.00        |
| Local         Susquehanna Township |  |              |
| TX Withholding Tax           | 17.18  | 163.51       |
| EE Taxes                     | 252.44 | 2,572.12     |

| Deductions                  | Amount | Year To Date |
|-----------------------------|--------|--------------|
| EE PreTx MED Pct            | 44.40  | 399.60       |
| MED Buy Up/Base Cost        | 13.33  | 119.66       |
| St Emp Comb Appeal (SECA)   | 1.00   | 9.00         |
| Class A5 DB Pension         | 88.80  | 799.20       |
| Class A5 DC Investment      | 57.72  | 519.48       |
| Total Deductions            | 205.25 | 1,846.94     |

| Non Cash Compensation | Amount | Year To Date |
|-----------------------|--------|--------------|
|                       |        |              |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,318.31 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 106.53 |
| TX ER Medicare Tax | 24.91 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 120.00 |
| ER Workers Comp Benefit | 14.21 |
| PR Choice PPO | 519.00 |
| ER-SERS | 314.00 |
| ER-401a | 39.96 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,571.75 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z3 |
|---|---|