Certificate Number: 12433-PAM-DE-039349089

Bankruptcy Case Number: 22-01353



12433-PAM-DE-039349089

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 17, 2025, at 5:38 o'clock PM EST, Robert A. Conte completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 17, 2025

By: /s/Candace Jones

Name: Candace Jones

Title: Counselor