**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**In re:**

| | |
|---|---|
| **Robert Allen Conte,**<br>**Debtor(s)**<br><br>**Rocket Mortgage, LLC,**<br>**Movant**<br><br>**v.**<br><br>**Robert Allen Conte,**<br><br>**and**<br><br>**JACK N ZAHAROPOULOS,**<br>**Trustee**<br>**Respondent(s)** | **Chapter 13**<br><br>**Case No. 1:22-bk-01353-HWV**<br><br>**Matter: Motion for Relief from the Automatic Stay** |

**DEBTOR(S)' ANSWER TO MOVANT(S)' MOTION**
**FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, come the Debtor(s), Robert Allen Conte, through his attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay and aver as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Denied. Debtor is without sufficient knowledge as to the truth of the averment as stated in Paragraph 6; therefore, it is denied and strict proof is demanded at the time of hearing.
7. Denied. Debtor is without sufficient knowledge as to the truth of the averment as stated in Paragraph 7; therefore, it is denied and strict proof is demanded at the time of hearing.
8. Denied. Debtor is without sufficient knowledge as to the truth of the averment as stated in Paragraph 8; therefore, it is denied and strict proof is demanded at the time of hearing.
9. Paragraph 9 is a statement of law to which no response is required. To the extent that a response is required said averment is denied.
10. Denied. Debtor is without sufficient knowledge as to the truth of the averment as stated in Paragraph 10; therefore, it is denied and strict proof is demanded at the time of hearing.
11. Denied. Debtor is without sufficient knowledge as to the truth of the averment as stated in Paragraph 11; therefore, it is denied and strict proof is demanded at the time of hearing.

12. Paragraph 12 is a statement of law to which no response is required. To the extent that a response is required said averment is denied.

WHEREFORE, Debtor(s) requests this Court deny the requested relief.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: August 28, 2026

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**In re:**

| | |
|---|---|
| **Robert Allen Conte,**<br>**Debtor(s)**<br><br>**Rocket Mortgage, LLC,**<br>**Movant**<br><br>**v.**<br><br>**Robert Allen Conte,**<br><br>**and**<br><br>**JACK N ZAHAROPOULOS,**<br>**Trustee**<br>**Respondent(s)** | **Chapter 13**<br><br>**Case No. 1:22-bk-01353-HWV**<br><br>**Matter: Motion for Relief from the Automatic Stay** |

**CERTIFICATE OF SERVICE**

I hereby certify that on Friday August 28, 2026, I served a true and correct copy of the **Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay** in this proceeding via electronic means upon the following:

Denise  Carlon
Attorney for Movant
McCalla Raymer Leibert Pierce, LLP
325-41 Chestnut Street, Suite 725
Philadelphia, Pennsylvania, 19106
Denise.Carlon@mccalla.com

/s/ Richard Reynolds Jr.

Paralegal for Paul D. Murphy-Ahles, Esquire