# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Robert Allen Conte**<br>Debtor(s)<br><br>**Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.,**<br>Movant<br>vs.<br><br>**Robert Allen Conte**<br>Debtor(s)<br><br>**Jack N. Zaharopoulos,**<br>Trustee | **BK NO. 22-01353 HWV**<br><br>Chapter 13<br><br>Related to Claim No. 3-1 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>October 27, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Robert Allen Conte
3553 Athena Avenue
Harrisburg, PA 17110

Attorney for Debtor(s)
Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street (VIA ECF)
Camp Hill, PA 17011

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A (VIA ECF)
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>October 27, 2022</u>

<u>**/s/Michael P. Farrington, Esq.**</u>
Michael P. Farrington, Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com